AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FOR RETURN

GREENWICH INSURANCE COMPANY

*Plaintiff(s)*

v.   Civil Action No. 1:23-CV-9

EMPIRE OIL & GAS, INC. t/a EMPIRE OIL AND GAS, INC., et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amy R. Zannino
3954 Green Valley Road
Bridgeport, WV 26330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lee Murray Hall, Esq.
Jenkins Fenstermaker, PLLC
P.O. Box 2688
Huntington, WV 25726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jan 23, 2023

Cheryl Dean Riley
*Signature of Clerk or Deputy Clerk*

By C Daniels
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-9

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                .

☐ I personally served the summons on the individual at *(place)*
                                                 on *(date)*                     ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
CAMERON LANNING                , a person of suitable age and discretion who resides there,
on *(date)* 2-20-2023   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                      , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                 on *(date)*                     ; or

☐ I returned the summons unexecuted because                                              ; or

☐ Other *(specify)*:

My fees are $          for travel and $          for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 2-20-2023

*Karl Strayk*
Server's signature

KARL STRAYK
Printed name and title

77 Mill Fall Rd
Fairmont, WV 26554
Server's address

Additional information regarding attempted service, etc: