AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| GREENWICH INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> EMPIRE OIL & GAS, INC. t/a EMPIRE OIL AND GAS, INC., et al. <br><br> *Defendant(s)* | Civil Action No.  1:23-CV-9 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Scott A. Windom, as Trustee of the Carolyn E. Farr Trust
101 E. Mains Street
Harrisville, WV 26362

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lee Murray Hall, Esq.
Jenkins Fenstermaker, PLLC
P.O. Box 2688
Huntington, WV 25726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**Cheryl Dean Riley**

Date: Jan. 23, 2023

*Signature of Clerk or Deputy Clerk*

By: C Daniels
Deputy Clerk

FOR RETURN

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-9

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*              .

☐ I personally served the summons on the individual at *(place)*
   on *(date)*                                   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
on *(date)*              , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* STEPHANIE BURCH (Receptionist), who is designated by law to accept service of process on behalf of *(name of organization)* Scott A. Windom
   on *(date)* 2-20-23         ; or

☐ I returned the summons unexecuted because                                   ; or

☐ Other *(specify)*:


My fees are $         for travel and $         for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 2-20-2023

Karl Streyle
Server's signature

KARL STREYLE
Printed name and title

77 Mill Fall Rd
Fairmont, WV 26554
Server's address

Additional information regarding attempted service, etc: